1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE A. PRINCE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2758



FILED
DEC 22 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   CR. NO. 2:11-CR-0542 GEB
                                )
            Plaintiff,          )   ORDER TO SEAL
     v.                         )   (UNDER SEAL)
                                )
JOSEPH CANTRELLE,               )
                                )
            Defendant.          )
_____)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Michelle A. Prince to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 12-22-2011

_____
EDMUND F. BRENNAN
United States Magistrate Judge

1