FILED
December 27, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOSEPH CANTRELLE, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-cr-00542-GEB <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Joseph Cantrelle</u>; Case <u>2:11-cr-00542-GEB</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of <u>$25,000.</u>

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial Supervision/Conditions,</u>

Issued at <u>Sacramento, CA</u> on <u>December 27</u> at <u>2:35 pm</u> 2011

By _____
Carolyn K. Delaney
United States Magistrate Judge