1 | Michael J. Aye, SBN 96288
Attorney at Law
2 | 117 J Street, Suite 202
Sacramento, CA 95814-2212
3 | (916) 447-1278

4 | Attorney for Defendant
Joseph Cantrelle

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) | CASE NO. 2:11-CR-0542 GEB |
|---|---|---|
| Plaintiff, | ) ) ) ) | JOINT STIPULATION AND REQUEST TO CONTINUE HEARING AND EXCLUDE TIME |
| vs. | ) ) | |
| Joseph Canterlle, | ) ) | Date:  March 30, 2012 Time:  9:00 a.m. |
| Defendant. | ) | Judge: Garland E. Burrell, Jr. |

JOSEPH CANTRELLE, by and through his counsel, Michael Aye, and the United States Government, by and through its counsel, Miclelle Prince, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference Date of March 30, 2012 and re-set the status conference date to June 1, 2012 9:00 a.m.

The defense needs additional time to review discovery that his held by the government in this case. Without reviewing the relevant material the defense cannot proceed to trial or settlement negotiations.

It is further stipulated and agreed between the parties that the period beginning March 30, 2012 to June 1, 2012, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial

Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161 (h) (8) (iv) (Local Code T4) .

                                      Respectfully submitted,

/s/ Michael Ave  
Attorney at Law  
Attorney for Defendant  
JOSEPH CANTRELLE

Dated: March 28, 2012

BENJAMIN B. WAGNER  
United States Attorney

/s/ Michelle Princ  
MICHELLE PRINCE  
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  March 28, 2012

_____  
GARLAND E. BURRELL, JR.  
United States District Judge