Michael J. Aye, SBN 96288
Attorney at Law
117 J Street, Suite 202
Sacramento, CA 95814-2212
(916) 447-1278

Attorney for Defendant
Joseph Cantrelle

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) | CASE NO. 2:11-CR-0542 GEB |
|---|---|---|
| Plaintiff, | ) ) ) | JOINT STIPULATION AND REQUEST TO CONTINUE HEARING AND EXCLUDE TIME |
| vs. | ) ) | |
| Joseph Canterlle, | ) ) | Date:   July 20, 2012 Time:   9:00 a.m. |
| Defendant. | ) | Judge:  Garland E. Burrell, Jr. |

JOSEPH CANTRELLE, by and through his counsel, Michael Aye, and the United States Government, by and through its counsel, Miclelle Prince, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference Date of July 20, 2012 and re-set the status conference date to September 7, 2012 9:00 a.m.

The defense needs additional time to review discovery that has been obtained from the government in this case. Without reviewing the relevant material the defense cannot proceed to trial or settlement negotiations. In addition

It is further stipulated and agreed between the parties that the period beginning July 20, 2012 to September 7, 2012, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial

1  Act for defense preparation. All parties stipulate and agree that
2  this is an appropriate exclusion of time within the meaning of
3  Title 18, United States Code, Section 3161 (h) (8) (iv) (Local Code
4  T4) .

Respectfully submitted,

/s/ Michael Ave
Attorney at Law
Attorney for Defendant
JOSEPH CANTRELLE

Dated: July 19, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Michelle Prince
MICHELLE PRINCE
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  July 19, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge