BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>          Plaintiff,       )<br>                            )<br>                            )<br>     v.                     )<br>                            )<br> JOSEPH CANTRELLE,           )<br>                            )<br>                            )<br>          Defendant.        )<br>_____) | CR. No 2:11-cr-0542 GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>CONTINUING STATUS CONFERENCE |

　　　Joseph Cantrelle, by and through his counsel, Michael Aye and the United States Government, by and through its counsel, Michelle A. Prince, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of September 7, 2012 and re-set the status conference date to October 12, 2012 at 9:00 a.m.

　　　The parties are currently negotiating a disposition by way of a plea agreement.  Mr. Aye will need adequate time to discuss the offer with his client, before having to set his case for trial.  It is further stipulated and agreed between the parties

1

that the period beginning September 7, 2012 to October 12, 2012 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, § 3161(h)(7)(B)(iv); Local Code T4.

**IT IS HEREBY ORDERED:**

    1.   A status conference as to defendant Cantrelle is set for October 12, 2012 at 9:00 a.m.

    2.   Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through October 12, 2012.

IT IS SO ORDERED

Dated:  September 7, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge