BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>JOSEPH CANTRELLE,<br><br>                    Defendant. | CASE NO. 2:11-cr-00542-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

It is hereby stipulated by the parties, by and through Michelle Prince, Assistant United States Attorney, and Michael Aye, counsel for the defense, that the Judgment and Sentence currently scheduled for January 18, 2013, be continued to February 15, 2013, at 9:00 a.m., with all other deadlines being adjusted accordingly. In support of the stipulation, the parties represent that:

Counsel for the defense was recently hospitalized with an illness and has been unable to work for most of the last two weeks. Defense counsel has returned to work, but faces a significant backlog of work and desires this continuance to be able to more thoroughly prepare for the sentencing hearing in this case. The government does not object to this continuance.

Motion for Correction of the Pre-sentence Report Due:           February 1, 2013

Reply or Statement of Non-Opposition Due:                              February 8, 2013

\\\

The office of the United States Attorney contacted the United States Probation office, and the assigned probation officer does not object to a continuance to February 15, 2013.

**SO STIPULATED**

                                                Respectfully Submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: January 16, 2013          by: /s/ Michelle Prince
                                                MICHELLE PRINCE
                                                Assistant U.S. Attorney

DATED: January 16, 2013          by: /s/ Michael Aye (auth. 1/16/13)
                                                MICHAEL AYE
                                                Counsel for Joseph Cantrelle

BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>JOSEPH CANTRELLE,<br><br>                Defendant. | CASE NO. 2:11-cr-00542-GEB<br><br>**[PROPOSED] ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

It is hereby ordered that the Judgment and Sentence currently scheduled for January 18, 2013, be continued to February 15, 2013, at 9:00 a.m., with all other deadlines being adjusted accordingly.

**SO ORDERED**

**1/17/13**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge