IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | 2:11-cr-00542-GEB | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | <u>ORDER</u> | |
| ) | | |
| JOSEPH CANTRELLE, ) | | |
| ) | | |
| Defendants. ) | | |
| _____ ) | | |

         In accordance with the Ninth Circuit's opinion filed March 18, 2013, the judgment entered on March 6, 2013, is vacated only with respect to the determination concerning restitution. A hearing is scheduled to commence at 9:00 a.m. on Friday, March 22, 2013, regarding the amount of restitution that should be awarded.

         Further, each party and the "Amy series" and "Vicky series" of victims are requested to file a brief concerning the amount of restitution that should be awarded consistent with the Ninth Circuit's March 18, 2013 opinion no later than 1:00 p.m. on March 21, 2013.

///
///
///
///
///
///

1

            The Clerk of the Court shall serve a copy of this order on counsel for the victims by mail and facsimile as follows:

>    Paul Cassell, Esq.
>    University of Utah
>    S.J. Quinney College of Law
>    332 S. 1400 E., Room 101
>    Salt Lake City, UT 84112
>    Facsimile: (801) 581-6897

            IT IS SO ORDERED.

Dated:  March 19, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2