IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        )
                                 )      2:11-cr-00542-GEB
            Plaintiff,           )
                                 )
      v.                         )      AMENDED ORDER
                                 )
JOSEPH CANTRELLE,                )
                                 )
            Defendants.          )
_____ )
```

The Order filed March 19, 2013 (ECF No. 53) is amended as follows:

In accordance with the Ninth Circuit's opinion filed March 18, 2013, the judgment entered on March 6, 2013, is vacated only with respect to the determination concerning restitution. A hearing is scheduled to commence at 9:00 a.m. on Friday, **March 29, 2013,** regarding the issue of restitution.

Further, each party and the Amy and Vicky victims are requested to file a brief concerning the "determin[ation of] an amount of restitution to be paid to Amy and Vicky" consistent with the Ninth Circuit's March 18, 2013 opinion and United States v. Kennedy, 643 F.3d 1251 (9th Cir. 2011), no later than **March 27, 2013**. The briefs should address the second and third determinations that the Ninth Circuit has indicated a district court must make in awarding restitution under 18 U.S.C. § 2259, i.e. "(2) that the defendant's offense was a proximate cause of the victim's losses . . . ; and (3) that the losses so caused

1

1  can be calculated with 'some reasonable certainty.'" <u>Kennedy</u>, 643 F.3d
2  at 1263 (internal citations omitted).
3      The Clerk of the Court shall serve a copy of this order on
4  counsel for the victims by mail and facsimile as follows:

5      Paul Cassell, Esq.
   University of Utah
6      S.J. Quinney College of Law
   332 S. 1400 E., Room 101
7      Salt Lake City, UT 84112
   Facsimile: (801) 581-6897
8
   James R. Marsh, Esq.
9  Marsh Law Firm PLLC
   PO Box 4668 #65135
10     New York, NY 10163-4668
   Facsimile: (212) 372-3030
11
   Carol L. Hepburn, Esq.
12     2722 Eastlake Avenue E, Suite 200
   Seattle, WA 98102-3143
13     Facsimile: (206) 957-7273

14     IT IS SO ORDERED.

15  Dated:  March 20, 2013

16

17  _____
   GARLAND E. BURRELL, JR.
18  Senior United States District Judge